

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00842-CV

Ernesto **RIVERA** Jr. and Brandon Torres,
Appellants

v.

Alissa **GARCIA** and Jose Reynaldo Mendez Garcia,
Appellees

From the County Court, Jim Wells County, Texas
Trial Court No. 17-05-57235-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying Appellants Ernesto Rivera Jr. and Brandon Torres' Motion to Dismiss is REVERSED and the claims asserted by Appellees Alissa Garcia and Jose Reynaldo Mendez Garcia against Appellants Ernesto Rivera Jr. and Brandon Torres are DISMISSED FOR LACK OF JURISDICTION. Costs of this appeal are assessed against Appellees Alissa Garcia and Jose Reynaldo Mendez Garcia.

SIGNED July 31, 2019.

_____
Patricia O. Alvarez, Justice